**Order entered September 25, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01033-CV

### CHRISTOPHER BRUNING, Appellant

### V.

### KYLE LANE HOLLOWELL, ET AL., Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09326-D**

## ORDER

Before the Court is appellant's unopposed motion to obtain a copy of the recording of the oral argument in this case. We **DENY** the motion.

/s/     CRAIG STODDART
        JUSTICE